NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LARRY SAMPSON, DOC #T30300,   )
   )
   )
       Appellant,   )
   )
v.   )   Case No. 2D17-3319
   )
STATE OF FLORIDA,   )
   )
       Appellee.   )
   )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Mark Kiser, Judge.


PER CURIAM.


Affirmed.


CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.